1   NICHOLAS A. TRUTANICH
    United States Attorney
2   Nevada Bar Number 13644
    JIM W. FANG
3   Assistant United States Attorney
    501 Las Vegas Blvd. South, Ste. 1100
4   Las Vegas, Nevada 89101
    Tel: 702.388.6317 / Fax: 702.388.6418
5   jim.fang@usdoj.gov

6   *Attorneys for the United States*

7              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
8

9   UNITED STATES OF AMERICA,            Case No. 2:20-mj-1098-VCF

10              Plaintiff,               ORDER   **to Continue the Preliminary**
                                         **Hearing (Second Request)**
11      v.

12  ALAN RAY,

13              Defendant.

14  _____

15          It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United

16  States Attorney, through Jim W. Fang, Assistant United States Attorney, and Kathryn

17  Newman, Assistant Federal Public Defender, counsel for Defendant, that the preliminary

18  hearing in the above-captioned matter, previously scheduled for January 26, 2021, at 4:00

19  p.m., be vacated and continued until a time convenient to the Court, but no earlier than 30

20  days from the current setting.

21          1.     Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the

22  defendant's consent and upon a showing of good cause—taking into account the public

23  interest in the prompt disposition of criminal cases—a magistrate judge may extend the time

24  limits [for preliminary hearings] one or more times." Here, the parties desire to explore the

potential to resolve this matter before defendants are formally charged by a criminal indictment.

2.      In that regard, the government has provided defense counsel with limited Rule 16 discovery in order to facilitate pre-indictment resolution. Defense counsel needs additional time to review the discovery and discuss the case with her client prior to a preliminary hearing or indictment. The parties are also engaged in ongoing negotiations to resolve this matter pre-indictment.

3.      This continuance is not sought for the purposes of delay, but to allow defense counsel an opportunity to examine the merits of this case before a potential resolution can be reached between the parties.

4.      Defendant is in custody and agrees to the continuance.

5.      Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6.      The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

DATED this 25th day of January, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

_s/Jim W. Fang_____          _s/ Kathryn Newman_____
JIM W. FANG                          KATHRYN NEWMAN
Assistant United States Attorney     Assistant Federal Public Defender
*Counsel for the United States*      *Counsel for Defendant*

2

1

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

3              Plaintiff,

4

5     v.                                         Case No. 2:20-mj-1098-VCF

6   ALAN RAY,                                    **FINDINGS AND ORDER**

7              Defendant.

8

9         Based on the pending Stipulation between the defense and the government, and good

10  cause appearing therefore, the Court hereby finds that:

11        1.    The parties desire to continue the preliminary hearing to facilitate pre-

12  indictment resolution, and the government has provided defense counsel with limited Rule

13  16 discovery for that purpose. Defense counsel needs additional time to review the

14  discovery and discuss the case with her client prior to a preliminary hearing or indictment.

15  The Court finds good cause to continue the hearing to allow the parties to reach a pre-

16  indictment resolution.

17        2.    Both counsel for defendant and counsel for the government agree to the

18  continuance.

19        3.    Defendant is in custody and agrees to the continuance.

20        4.    The continuance is not sought for the purposes of delay, but to allow defense

21  counsel an opportunity to examine the merits of this case before a potential resolution can

22  be reached between the parties.

23

24

5.      Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6.      The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter, previously scheduled for January 26, 2021, at 4:00 p.m., be vacated and continued to March 4, 2021 at 4:00 PM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this __25__ day of January, 2021.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE